```
 1  Matthew Franklin Jaksa (CA State Bar No. 248072)
    HOLME ROBERTS & OWEN LLP
 2  560 Mission Street, 25th Floor
 3  San Francisco, CA 94105-2994
    Telephone:  (415) 268-2000
 4  Facsimile:  (415) 268-1999
    Email:      matt.jaksa@hro.com
 5
 6  Attorneys for Plaintiffs,
    INTERSCOPE RECORDS; WARNER
 7  BROS. RECORDS INC.; UMG
    RECORDINGS, INC.; and SONY BMG
 8  MUSIC ENTERTAINMENT
 9
```

FILED 08 MAR 27 AM 10:31
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

CV 08 1652 BZ

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>    Plaintiffs,<br><br>    v.<br><br>JOHN DOE,<br>    Defendant. | CASE NO. _____<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

ORIGINAL

---
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#36478 v1

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2   associations of persons, firms, partnerships, corporations (including parent corporations) or other
3   entities (i) have a financial interest in the subject matter in controversy or in a party to the
4   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5   substantially affected by the outcome of this proceeding:

   Plaintiff INTERSCOPE RECORDS is a subsidiary of Vivendi S.A., a publicly held French company.

   Plaintiff WARNER BROS. RECORDS INC.'s ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

   Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a publicly held French company.

   Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Dated:   March 27, 2008

HOLME ROBERTS & OWEN LLP

By _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
INTERSCOPE RECORDS; WARNER BROS.
RECORDS INC.; UMG RECORDINGS, INC.;
and SONY BMG MUSIC ENTERTAINMENT

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#36478 v1

1