Dawniell Zavala (State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
E-mail: dawniell.zavala@hro.com

Attorneys for Plaintiffs,
INTERSCOPE RECORDS; WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER RODRIGUEZ,<br><br>Defendant. | CASE NO. 3:08-cv-01652-MMC<br><br>**NOTICE OF WITHDRAWAL OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT (DOCKET NO. 19)**<br><br>AND ORDER THEREON |

1 Plaintiffs INTERSCOPE RECORDS, *et al*., hereby withdraw their Proof of Service of Summons and Complaint, filed on September 29, 2008, and entered as Docket No. 19. Plaintiffs have since learned that the wrong individual was served, based on Plaintiffs' reliance on the address information initially provided by Defendant's Internet Service Provider ("ISP") in response to Plaintiffs' subpoena. The ISP (here, California State University, Monterey Bay – "CSUMB") identified the correct individual as the Defendant, but provided an erroneous address for Defendant.

Plaintiffs discovered the error when the individual served contacted Plaintiffs counsel on September 29, 2008 and informed Plaintiffs that he was not the Defendant in this matter. Upon receiving this information, Plaintiffs contacted CSUMB and confirmed that the wrong address was provided in the subpoena response, and that as a result, Plaintiffs had served the wrong individual. Accordingly, Plaintiffs wish to withdraw the Proof of Service filed on September 29, 2008, and entered as Docket No. 19. Plaintiffs respectfully request that the Court reinstate the December 23, 2008 deadline to effectuate service.

Dated:   October 15, 2008         HOLME ROBERTS & OWEN LLP

By   */s/ Dawniell Zavala*
DAWNIELL ZAVALA
Attorney for Plaintiffs
INTERSCOPE RECORDS; WARNER BROS.
RECORDS INC.; UMG RECORDINGS, INC.;
and SONY BMG MUSIC ENTERTAINMENT

IT IS SO ORDERED; specifically, the December 23, 2008 deadline to effectuate service on defendant is hereby REINSTATED.

Dated: October 16, 2008

United States District Judge

NOTICE OF WITHDRAWAL OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT
Case No. 3:08-cv-01652-MMC
#40536 v1